■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v RALPH MC-CLAN, FRED HAMILTON and STEVE THOMAS, Respondents.—Order of the Supreme Court, New York County, entered March 16, 1978, dismissing two of the three counts contained in an indictment which charged the defendants with criminal possession of a weapon in the third degree (Penal Law, § 265.02), unanimously reversed, on the law, and the said two of the three counts of the indictment reinstated. (See *Ulster County Ct. v Allen,* 442 US 140, 60 L ed 2d 777.) Concur—Murphy, P. J., Birns, Markewich and Bloom, JJ.